Form loccrtno – loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.:  22–10681–KCF
                    Chapter:  7
                    Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Rita Verbejiene
    75 Rita Lane
    Jackson, NJ 08527

Social Security No.:
    xxx–xx–1850

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

      I  Michael Brown , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

75 Rita Lane, Jackson, NJ

Dated: March 23, 2022
JAN: mjb

                                                        Jeanne Naughton
                                                        Clerk